## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>SUPERNOVA</u> v. <u>MARK BURNETT PRODUCTIONS</u>  Case No. <u>06CV1334 JAH(RBB)</u>
**Time Spent: <u>2 hrs./3 mins.</u>**

<u>HON. RUBEN B. BROOKS</u>   <u>CT. DEPUTY VICKY LEE</u>   Rptr. ____

<u>Attorneys</u>

<u>Plaintiffs</u>                                  <u>Defendants</u>

<u>John Mizhir (present)</u>            <u>Gary Hecker (present)</u>
<u>Greg Krakau (present)</u>           <u>James Slominski (present)</u>
                                                  <u>Lee Brenner (present)</u>

PROCEEDINGS:   <u>  x  </u> In Chambers   ____ In Court   ____ Telephonic

A settlement conference was held.

A settlement disposition conference will be held on September 18, 2006, at 2:00 p.m. in the chambers of Magistrate Judge Brooks **UNLESS THE ORIGINAL AND COPIES OF A SIGNED STIPULATION FOR DISMISSAL of this case are hand-delivered or mailed to Marcia Garcia, secretary, Chambers of Magistrate Judge Brooks, 940 Front Street, Rm. 1185, San Diego, CA, 92101, prior to that time**. The stipulation for dismissal will be reviewed by Magistrate Judge Brooks and then forwarded to the district court. If a signed stipulation cannot be provided to the chambers of Magistrate Judge Brooks on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Brooks to explain the reasons. **If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by parties and counsel shall accompany the stipulation for dismissal. Consent forms are available in the Clerk's Office or on-line**. Monetary sanctions shall be imposed for failure to comply with this order.

The stipulation for dismissal is to be delivered to chambers by 12:00 p.m. on September 18, 2006.

The parties have agreed to a stay of all further action in this case through September 18, 2006.

DATE: <u>September 15, 2006</u>   IT IS SO ORDERED:   _/s/ Ruben Brooks_____
                                                                                    Ruben B. Brooks,
                                                                                    U.S. Magistrate Judge

cc:  Judge Houston                          INITIALS: <u>VL (mg/irc)</u> Deputy
     All Parties of Record