```
John A. Mizhir, Jr. (SBN 190756)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070; Fax: (858) 678-5099

Anthony L. Fletcher (Pro Hac Vice)
FISH & RICHARDSON P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022
Tel: (212) 765-5070; Fax: (212) 258-2291
Attorneys for
SUPERNOVA FROM CYNOT3, LLC
```

FILED
2006 SEP 21  PM 2:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERNOVA FROM CYNOT3, LLC, a California limited liability company, <br> Plaintiff, <br> v. <br> MARK BURNETT PRODUCTIONS, INC., a purported California corporation; JMBP, INC., a purported California corporation; ROCKSTAR ENTERTAINMENT, INC., a purported California corporation; and CBS BROADCASTING, INC., a purported New York corporation, <br> Defendants. | 06CV1334 JAH RBB <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** <br><br> FILE BY FAX |

Pursuant to FRCP 41(a), the parties hereby stipulate that this entire action is dismissed with prejudice, with each side to bear its own fees and costs.

STIPULATED DISMISSAL WITH PREJUDICE
06CV1334 JAH RBBO

1  Dated: September 18, 2006

FISH & RICHARDSON P.C.

By: _____
Anthony L. Fletcher, Esq.
John A. Mizhir, Esq.

Attorneys for Plaintiff
SUPERNOVA FROM CYNOT3, LLC

7  Dated: September 18, 2006

THE HECKER LAW GROUP

By: _____
Gary A. Hecker, Esq.

Attorneys for Defendants
JMBP, Inc, MARK BURNETT PRODUCTIONS, Inc., and ROCKSTAR ENTERTAINMENT, Inc.

13  Dated: September 18, 2006

WHITE O'CONNOR CURRY LLP

By: _____
Lee S. Brenner, Esq.
Allison S. Rohrer, Esq.

Attorneys for Defendant
CBS BROADCASTING, INC.

**ORDER**

IT IS SO ORDERED.

_____                    Dated: _____
Honorable John A. Houston
United States District Judge

STIPULATED DISMISSAL WITH PREJUDICE
06CV1334 JAH RBB

| | | |
|---|---|---|
| 1 | Dated: September 18, 2006 | FISH & RICHARDSON P.C. |
| 2 | | By: _____ |
| 3 | | Anthony L. Fletcher, Esq.<br>John A. Mizhir, Esq. |
| 4 | | Attorneys for Plaintiff |
| 5 | | SUPERNOVA FROM CYNOT3, LLC |
| 7 | Dated: September 18, 2006 | THE HECKER LAW GROUP |
| 8 | | By: _____ |
| 9 | | Gary A. Hecker, Esq. |
| 10 | | Attorneys for Defendants<br>JMBP, Inc, MARK BURNETT |
| 11 | | PRODUCTIONS, Inc., and ROCKSTAR<br>ENTERTAINMENT, Inc. |
| 13 | Dated: September 18, 2006 | WHITE O'CONNOR CURRY LLP |
| 14 | | By: _____ |
| 15 | | Lee S. Brenner, Esq.<br>Allison S. Rohrer, Esq. |
| 16 | | Attorneys for Defendant |
| 17 | | CBS BROADCASTING, INC. |

**ORDER**

IT IS SO ORDERED.

_____
Honorable John A. Houston
United States District Judge

Dated: 9-20-06

## PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On September 19, 2006, I caused a copy of the following document(s):

**STIPULATED DISMISSAL WITH PREJUDICE**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Gary A. Hecker<br>The Hecker Law Group<br>1925 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Tel: 310-286-0377 / Fax: 310-286-0488<br>Email: ghecker@hh.com | Attorneys for Defendants<br>MARK BURNETT PRODUCTIONS, INC.<br>JMBP, INC.<br>ROCKSTAR ENTERTAINMENT, INC. |
| Allison S. Rohrer<br>White O'Connor Curry LLP<br>10100 Santa Monica Blvd, 23rd Floor<br>Los Angeles, CA 90067-4008<br>Tel: 310-712-6100 / Fax: 310-712-6199<br>Email: arohrer@whiteo.com | Attorneys for Defendant<br>CBS BROADCASTING, INC. |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

[X] **FACSIMILE:** Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on September 19, 2006, at San Diego, California.

Victoria C. Biernacke